UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CLEITUS TYLER                                                                                     PLAINTIFF

v.                                    No. 2:20-CV-02129

JOHN ALLEN METCALF
and KNIGHT TRANSPORTATION, INC.                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's motion (Doc. 10) to dismiss the case with prejudice. Rule 41(a)(2) of the Federal Rules of Civil Procedure provides "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Plaintiff's motion to dismiss will be granted.

IT IS THEREFORE ORDERED that the motion (Doc. 10) to dismiss is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE